1
2
3
4
5
6
7
8                            UNITED STATES DISTRICT COURT

9                            EASTERN DISTRICT OF CALIFORNIA

10

11   ROBERTO ENRIQUEZ, JR.,                    Case No. 1:24-cv-01588-CDB

12              Plaintiff,                      ORDER ON STIPULATION
                                                AMENDING SCHEDULING ORDER
13        v.                                    AS MODIFIED

14   CITY OF BAKERSFIELD, *et al.*,             (Docs. 13, 25, 27)

15              Defendants.                     ORDER VACATING PRETRIAL
                                                CONFERENCE AND TRIAL DATES
16

17

18        Plaintiff Roberto Enriquez, Jr. ("Plaintiff") initiated this action with the filing of a

19   complaint against Defendants City of Bakersfield and officers Marc TaFoya, Colin Newhouse,

20   and Andrew Nabors (collectively, "Defendants") on December 26, 2024. (Doc. 1). On March 26,

21   2025, the Court entered the operative scheduling order setting forth discovery, motion and pretrial

22   and trial dates and deadlines.  (Doc. 13).

23        Following an informal discovery dispute conference before the undersigned, and for the

24   reasons set forth and preserved on the record, on November 14, 2025, the Court directed the parties

25   to file no later than November 24, 2025, a stipulated request for reasonable extensions of operative

26   discovery and pretrial motion dates only and for, as appropriate, a court-convened settlement

27   conference.  (Doc. 25).  On November 18, 2025, the Court referred this matter for a settlement

28   conference on December 23, 2025, before Chief Magistrate Judge Carollyn K. Delaney.  (Docs.

28, 29).

Pending before the Court is the parties' stipulated request to amend the scheduling order to extend operative discovery and pretrial motion dates, filed on November 18, 2025, pursuant to the Court's order on the parties' discovery dispute, and supported by a declaration of Counsel for Defendants, Heather Cohen.  (Docs. 27; 27-1).  Ms. Cohen articulates numerous circumstances implicated in this case, other cases involving counsel for both sides, and other non-litigation circumstances for which the parties stipulate and request the Court amend the scheduling order, as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Non-Expert Discovery | November 21, 2025 | April 3, 2026 |
| Expert Disclosure | December 8, 2025 | April 13, 2026 |
| Rebuttal Expert Disclosure | January 9, 2026 | May 4, 2026 |
| Expert Discovery | January 30, 2026 | May 18, 2026 |
| Non-Dispositive Motion Filing | February 9, 2026 | May 26, 2026 |
| Non-Dispositive Motion Hearing | March 2, 2026, 10:30 AM | June 26, 2026 |
| Dispositive Motion Filing | March 23, 2026 | July 13, 2026 |
| Dispositive Motion Hearing | May 1, 2026, 10:30 AM | August 17, 2026 |

Based on the parties' stipulated representations, the Court finds good cause exists to amend case management dates and deadlines of the scheduling order as modified and indicated below.

Significantly, because the parties seek to continue the hearing on dispositive motions to a date occurring just 30 days before the pretrial conference, the Court will vacate the pretrial conference and trial dates, to be reset as appropriate following either resolution of dispositive motions or upon the passage of the deadline without any party filing a dispositive motion.

*Remainder of This Page Intentionally Left Blank*

**Conclusion and Order**

In light of the parties' representations in their stipulation (Doc. 27), and for good cause shown, it is HEREBY ORDERED that the scheduling order (Doc. 13) is amended <u>as modified</u> as follows:

| Event | Current Deadline | Amended Deadline |
|---|---|---|
| Non-Expert Discovery | November 21, 2025 | April 3, 2026 |
| Expert Disclosure | December 8, 2025 | April 13, 2026 |
| Rebuttal Expert Disclosure | January 9, 2026 | May 4, 2026 |
| Expert Discovery | January 30, 2026 | May 18, 2026 |
| Non-Dispositive Motion Filing | February 9, 2026 | May 26, 2026 |
| Non-Dispositive Motion Hearing | March 2, 2026, 10:30 AM | <u>June 26, 2026, 10:30 AM</u> |
| Dispositive Motion Filing | March 23, 2026 | July 13, 2026 |
| Dispositive Motion Hearing | May 1, 2026, 10:30 AM | <u>August 17, 2026, 10:30 AM</u> |

And it is FURTHER ORDERED that the pretrial conference and trial dates are VACATED.

All other case management dates and provisions of the operative scheduling order (Doc. 13) not in conflict with this order remain unchanged.

IT IS SO ORDERED.

Dated:   **November 19, 2025**

UNITED STATES MAGISTRATE JUDGE